UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21349-CIV-DIMITROULEAS

BRIAN WING-HAY LAM,
A#76-942-971;

      Plaintiff,

vs.

LINDA SWACINA, Director, Miami Office,
U.S. Citizenship and Immigration Services;
MICHAEL MUKASEY, Attorney General
of the United States;
MICHAEL CHERTOFF, Secretary of
Homeland Security;
JONATHAN SCHARFEN, Acting Director,
U.S. Citizenship and Immigration Services;
ROBERT T. MUELLER, Director, Federal
Bureau of Investigation
DAVID L. ROARK, Director, Texas
Service Center, U.S. Citizenship and
Immigration Services;

      Defendants.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the Plaintiff's Notice of Voluntary Dismissal, filed herein on July 14, 2008. [DE-4]. The Court has carefully considered the Notice and is otherwise fully advised in the premises. The Court notes that the Defendants have yet to file either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.      The above-styled action is hereby **DISMISSED**.

2.      The Clerk shall deny any pending motions as moot.

3.       The Clerk shall close this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 15th day of July, 2008.


WILLIAM P. DIMITROULEAS
United States District Judge



Copies furnished to:
Anis N. Saleh, Esq.